UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>       *Plaintiff,* )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY )<br>)<br>       *Defendant.* )<br>) | Cause No. 1:05–cv–1884–SEB–VSS |

**ORDER**

It is hereby ORDERED that the Motion of Defendant Eli Lilly and Company to Dissolve the Consent Decree is GRANTED.

Date: 07/09/2009

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jeffrey Steger
Amy Goldfrank
Office of Consumer Litigation
U.S. Department of Justice
450 Fifth Street, N.W.
Sixth Floor, South
Room 6400
Washington, D.C. 20001

Timothy M. Morrison
United States Attorney
Southern District of Indiana
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Larry A. Mackey
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Paul E. Kalb
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005